**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　William L Kaulfers Jr<br>　　Angel B Kaulfers<br>　　　　　　Debtor(s) | Case No. 13-26515 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/28/2013.

2) The plan was confirmed on 09/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/14/2014.

5) The case was converted on 05/01/2014.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $3,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,625.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,625.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,561.63 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $63.37 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,625.00

Attorney fees paid and disclosed by debtor:   $579.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 532.00 | 385.50 | 385.50 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 587.00 | 594.22 | 594.22 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 936.00 | 935.85 | 935.85 | 0.00 | 0.00 |
| HESAA | Unsecured | 3,215.00 | 3,217.26 | 3,217.26 | 0.00 | 0.00 |
| HESAA | Unsecured | NA | 7,289.39 | 7,289.39 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 738.00 | 738.88 | 738.88 | 0.00 | 0.00 |
| LINDEN OAKS HOSPITAL | Unsecured | 750.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 846.00 | 572.83 | 572.83 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 823.00 | 496.67 | 496.67 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,295.00 | 1,063.62 | 1,063.62 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,299.00 | 1,233.87 | 1,233.87 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 16,020.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 708.00 | 708.67 | 708.67 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,298.67 | 1,298.67 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 352.00 | 352.00 | 352.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 273.11 | 273.11 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 45.85 | 45.85 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 125.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 6,171.00 | 7,435.20 | 7,435.20 | 0.00 | 0.00 |
| HIGHED ED | Unsecured | 6,077.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC/COMCAST | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPITAL ONE | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| WILLIAMS/ALEXANDER & A/OCEAN | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| YORKVILLE PT&SPTS MED CTRS LLC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/WEBBANK | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CENTER FOR ADVANCED | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG/EDWARD HEALTH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE EAR NOSE & THROAT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGEN/HAWT | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| GRUBER & KOSTAL DDS LTD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| LITTLE ROCK FOX FIRE PROT DIST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCAI | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/LINDEN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/EDWAR | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ACS/WELLS FARGO | Unsecured | 5,686.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| BRISTOL KENDALL FPD EMS DIV | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BANK | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC/YORK | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHYS LLC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC | Unsecured | 197.00 | 197.73 | 197.73 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,714.32** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,625.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,625.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/16/2014           By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**